# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

ERIC OLANIYAN,

Defendant.

CRIMINAL COMPLAINT

CASE NUMBER: **13-0960 TJS**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about April 22, 2013, in the District of Maryland, the defendant, ERIC OLANIYAN, did knowingly receive, possess, conceal, store, barter, sell, and dispose of any motor vehicle which has crossed a State boundary after being stolen, knowing the same to have been stolen, that is, the Defendant did knowingly receive, possess, conceal, store, barter, sell, and dispose of a blue 2012 Mercedes Benz GL450 (true VIN: 4JGBF7BE6CA765099), which had been reported stolen in New York on or about August 30, 2012, violation of Title 18, United States Code, Section 2313(a).

I further state that I am a Special Agent with Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based upon the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part thereof: ☐ Yes ☐ No

_____
DHS-HSI SA ROGER COCHRAN

Sworn to before me and subscribed in my presence,

April 26, 2013
Date and Time Issued 4:03pm

at Baltimore, Maryland

_____
Timothy J. Sullivan
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Roger Cochran, being duly sworn, depose and state as follows:

1. Your affiant is employed as a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), formerly the United States Customs Service, and has been so employed for the last eleven (11) years. The information detailed herein is known by me or has been provided to me by other law enforcement officers.

2. On August 30, 2012, a blue Mercedes Benz GL450[1] bearing Vehicle Identification Number (VIN): 4JGBF7BE6CA765099 was reported stolen to Nassau County (NY) Police Department.

3. Between March 1, 2013 and March 3, 2013, Detective Christopher Wood of the Prince Georges County Police Department (PGPD) located three vehicles, which had previously been reported stolen, parked near the residence of Eric OLANIYAN, which is located in the Bowling Brook Apartment Complex at 9120 Stebbing Way, Apt. B, Laurel, Maryland. The three vehicles are described as follows: (1) a 2010 Honda Accord, silver in color, bearing Maryland registration plates 3AN3893, with Vehicle Identification Number (VIN) 1HGCP2F37AA109560, which had been reported stolen to the PGPD on February 12, 2013; (2) a 2009 Toyota Camry, gray in color, bearing Maryland registration plates 1MD3682, with VIN: 4T1BE46K39U861846, which had been reported stolen to PGPD on February 25, 2013; and (3) a 2008 Mercedes Benz C350, bearing Maryland registration plates 4AK9148 with VIN: WDDGF56X38R029729, which had been reported stolen to PGPD on February 26, 2013. GPS tracking devices were installed on all three vehicles.

4. On March 11, 2013, at 1940 hours, the GPS on the 2009 Toyota Camry indicated that the vehicle had gone mobile. The vehicle had been driven to the Savage Exxon gas station at 8850 Gorman Road, Laurel, Howard County, MD. The vehicle left that location after several minutes and was driven to 117 South Ellamont Street, Baltimore, MD. This location is a warehouse that is used to load shipping containers that are then exported from the United States.

5. On March 13, 2013, at 2025 hours, Det. Wood responded to the Savage Exxon gas station and reviewed the security footage from March 11, 2013, when the GPS on the stolen Toyota Camry showed it at that location. The footage reviewed by Det. Wood shows the vehicle pulling up to the gas pumps and a black male, later identified as Eric OLANIYAN (DOB: 07/12/1960), exit the vehicle and enter the store to pay for gas.

---

[1] The stolen vehicle report lists this vehicle model as "ML3 VST", however, everything else, including the VIN matches the vehicle recovered in Maryland on April 22, 2013.

6. Between March 14, 2013, and April 2, 2013, with the aid of the GPS tracking devices, the movements of the three (3) stolen vehicles, discussed supra at ¶ 3, were tracked to the warehouses located at 117 South Ellamont Street, Baltimore, MD and 4000 Coolidge Ave., #K, Arbutus, Baltimore County, MD. These warehouses are known to be used for the purpose of loading shipping containers that are then exported from the United States.

7. On April 8, 2013, Rachel OLANYIYAN, Eric OLANIYAN's wife, was observed driving a blue Mercedes Benz GL450 in Prince Georges and Howard County, MD. This vehicle was later confirmed to be the same vehicle stolen in New York on August 30, 2012. See ¶ 2. At the time Rachel OLANIYAN was observed driving the vehicle, it bore no front tag and a Michigan rear tag #: CKX2830.

8. On April 10, 2013, Eric and Rachel OLANIYAN were observed arriving at 4000 Coolidge Ave., #K, Arbutus, Baltimore County, MD in the blue Mercedes Benz GL450 bearing Michigan tag #: CKX2830. Eric OLANIYAN was observed exiting the driver's side of the vehicle and carrying a large tan envelope and both Eric and Rachel OLANIYAN were observed walking inside of the warehouse. When Eric and Rachel OLANIYAN exited the warehouse, they were accompanied by an unknown black male who was observed holding a large tan envelope consistent with the one Eric OLANIYAN had carried into the building a short while prior.

9. Several hours later on April 10, 2013, the same unknown black male was observed leaving the warehouse at 4000 Coolidge Ave., #K, Arbutus, Baltimore County, MD carrying a large tan envelope. Several minutes later the GPS tracking devices on the 2009 Toyota Camry and the 2010 Honda Accord mentioned above indicated that the vehicles were mobile. The GPS movements for both vehicles indicated that they had been re-located to the area of 117 South Ellamont Street, Baltimore, MD. Your affiant responded to this area and did not see the vehicles but did observe a yellow Mediterranean Shipping Company (MSC) container bearing number MEDU8919769 in the parking lot of 117 South Ellamont Street, Baltimore, MD. This container had been previously located at 4000 Coolidge Ave., #K, Arbutus, Baltimore County, MD.

10. On April 11, 2013, the GPS tracking device on the 2010 Honda Accord indicated that it was mobile. At that same time, surveillance showed the yellow MSC shipping container being pulled by a truck from the parking lot of the warehouse located on South Ellamont Street. Later in the day, the container was hauled to the Port of Baltimore and presented to Customs and Border Protection (CBP) for export to Nigeria, Africa.

11. On April 12, 2013, the CBP Baltimore Vehicle Export Team examined the contents of MEDU8919769. CBP located four stolen vehicles inside of the container. The 2010 Honda Accord and 2009 Toyota Camry were located inside of the container and recovered by CBP. CBP also located and recovered a 2013

Land Rover Range Rover VIN: SALSP2E4XDA785213 which had been reported stolen in Washington, D.C. and a 2009 Honda Accord VIN: 1HGCP26359A145517 which also had been reported stolen in Washington, D.C. The total value of the stolen vehicles located inside of this container was estimated by CBP to be $138,025.

12. On April 22, 2013, search and seizure warrants that had been issued by the State of Maryland were served at Eric and Rachel OLANIYAN's apartment located at 9120 Stebbing Way, Apt. B, Laurel, MD 20723. Concurrently, law enforcement officers from Howard County, MD and the Washington Area Vehicle Enforcement Team located eight (8) stolen vehicles in the area of the same apartment complex (the Bowling Brook Apartment Complex). These vehicles had been reported stolen in Prince Georges County, MD, Washington, DC and Nassau County, NY.

13. The blue Mercedes Benz GL450 bearing Michigan tag: CKX2830 was searched and found to have been re-plated with a new public VIN. After locating the confidential VIN on the vehicle, it was determined that the true VIN was 4JGBF7BE6CA765099; this matched the VIN of the vehicle that had been reported stolen in N.Y. on August 30, 2012.

14. During the search of OLANIYAN's apartment, a counterfeit New Jersey title #: AD598256 for a Mercedes Benz GL4, VIN: 4JGBF7BE9CA854245 was located. This VIN was identical to the VIN found on the fraudulent VIN plate on the dash of Mercedes Benz GL450. In addition, the keys to all eight (8) stolen vehicles parked in the vicinity of OLANIYAN'S apartment complex were located in his apartment.

15. Also on April 22, 2013, additional search and seizure warrants were served at FRANSAP FREIGHT located at 4000 Coolidge Ave., #K, Arbutus, Baltimore County, MD and BIG F TRUCKING located at 115-117 South Ellamont Street, Baltimore, MD. At 115 South Ellamont Street, Baltimore, MD, the Baltimore Regional Auto Theft Team located and recovered the 2008 Mercedes Benz C350, bearing Maryland registration plates 4AK9148 and VIN: WDDGF56X38R029729 mentioned in paragraph 3 and a 2008 Kia Rondo, gray in color, VIN: KNAFG525087220315 which had been reported stolen in Howard County, MD on May 13, 2012.

16. On April 22, 2013, in a post arrest interview with Det. Wood and your affiant, Eric OLANIYAN waived his Miranda rights and consented to an interview. Eric OLANIYAN stated, in sum and substance, that he had been approached by two Ghanan males named Mohamed LNU and Ali LNU who wanted him to assist with the shipment of vehicles to West Africa. The two wanted OLANIYAN to store vehicles in his warehouse however OLANIYAN did not have any open warehouse space so he agreed to have them park the vehicles on the streets of his apartment complex. OLANIYAN indicated that he introduced Mohamed LNU to

Frankie LNU at FRANSAP FREIGHT and told Mohamed that this would be a warehouse where he could store his vehicles. OLANIYAN indicated that he did drive the 2010 Honda Accord to the warehouse. He also indicated that he assisted Mohamed and Ali with creating shipping paperwork for the container but he was not compensated. OLANIYAN indicated that Mohamed LNU had provided him titles for vehicles, which he had in turn taken to Frankie, but he did not know if that paperwork was for the same shipment which had been seized by CBP. He further stated that seven (7) of the eight (8) stolen vehicles recovered from the Bowling Brook Apartment Complex had been brought to him by Mohamed LNU and Ali LNU. OLANIYAN indicated that he would ship the vehicles for the pair after they had provided titles for the vehicles but they had yet failed to turn over the titles to him. OLANIYAN indicated that he was not aware that any of these vehicles were stolen.

When asked about the Mercedes Benz GL450 that he and his wife had been observed driving, OLANIYAN indicated that Hamed ADESINA had given him the vehicle in September of 2012. OLANIYAN stated that he was supposed to ship the vehicle to Africa for ADESINA but that ADESINA had never provided him a title for the vehicle which is necessary for shipment. OLANIYAN said that he and his wife began using the vehicle as their own and that he had placed the Michigan tag on the rear of the vehicle so it would not get towed from his apartment complex.

Based upon the foregoing, your affiant submits that there is probable cause to believe that Eric OLANIYAN received, possessed, concealed, stored, bartered, sold and disposed of a blue 2012 Mercedes Benz GL450, VIN: 4JGBF7BE6CA765099, in violation of 18 U.S.C. § 2313(a).

Your affiant affirms under penalty of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of his knowledge and belief.

Roger Cochran
Special Agent, DHS-HSI

Subscribed and sworn to before me, this 26th day of April, 2013.

Timothy J. Sullivan
United States Magistrate Judge